**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:05-CR-064-PMP (GWF) |
| EVERETT EDWARD BRANON, | ) |
| Defendant. | ) |

**AMENDED FINAL ORDER OF FORFEITURE**

On July 5, 2005, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant EVERETT EDWARD BRANON to criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a request nexus to the offense to which defendant EVERETT EDWARD BRANON pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on June 7, 2007, June 14, 2007, and June 21, 2007, in the Las Vegas Review-Journal/Sun and further notified all known third parties by personal service or by regular mail and certified mail return receipt requested of their right to petition the Court.

On January 25, 2006, this Court granted a Stipulation for Return of Property to Angeline Stevenson concerning the AR7 Industries, Model AR7 Explorer, .22 caliber rifle, serial number D019330, stating she wanted the asset. Docket #37.

1       On August 16, 2010, this Court granted a Settlement Agreement, Stipulation for Entry of Order of Forfeiture as to Angeline Stevenson, and Order concerning the AR7 Industries, Model AR7 Explorer, .22 caliber rifle, serial number D019330, stating she agreed to forfeit the asset to the United States of America. #58.

        This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

        This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

        THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

        (a)     an AR7 Industries, Model AR7 Explorer, .22 caliber rifle, serial number D019330.

        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

        The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

        DATED this __ 26th day of August, 2010.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Amended Final Order of Forfeiture on August 25, 2010 by the below identified method of service:

CM/ECF:

Spencer Rice
Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@fd.org
*Counsel for Everett Edwards Branon*

                /s/AlexandraMMcWhorter
                ALEXANDRA M. MCWHORTER
                Forfeiture Support Associate Paralegal